**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-2024**

_____

In re:  ANTHONY ANDREWS, a/k/a Wheat,

      Petitioner.

_____

On Petition for Writ of Mandamus.  (7:16-cr-00030-D-3)

_____

Submitted:  November 22, 2022           Decided:  November 28, 2022

_____

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Anthony Andrews, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Andrews petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on several motions in his case.  He seeks an order from this court directing the district court to act and to recuse.  The present record does not reveal undue delay in the district court nor a reason to order recusal.  Accordingly, we deny the mandamus petition.  While we grant Andrews' motion to seal, we deny his motions to expedite, for a show cause order, and to proceed by pseudonym.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*